**Sanjay S. Schmidt (SBN 247475)**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1388 Sutter Street, Suite 810
San Francisco, CA 94109
T: (415) 563-8583
F: (415) 223-9717
e-mail: ss@sanjayschmidtlaw.com

**Panos Lagos (SBN 61821)**
**LAW OFFICES OF PANOS LAGOS**
5032 Woodminster Lane
Oakland, CA 94602
T: (510) 530-4078
F: (510) 530-4725
e-mail: panos@panoslagoslaw.com

*Attorneys for Plaintiff,*
**WILLIAM EDWARD HURT**

DAVID CHIU, State Bar #189542
City Attorney
MEREDITH B. OSBORN, State Bar #250467
Chief Trial Deputy
KAITLYN MURPHY, State Bar #293309
Deputy City Attorney
Fox Plaza
1390 Market Street, 6th Floor
San Francisco, California 94102-5408
Telephone: (415) 554-3867
Facsimile: (415) 554-3837
E-Mail: kaitlyn.murphy@sfcityatty.org

Attorneys for Defendants
CITY AND COUNTY OF SAN FRANCISCO, CANDIECE L. LEWIS, WARREN LEE, JOHN TYLER, RYAN WALSH, and JAMES G. GAY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIAM EDWARD HURT**,<br><br>　　　　　Plaintiff,<br>v.<br><br>**CITY AND COUNTY OF SAN FRANCISCO, et al.**,<br><br>　　　　　Defendants. | Case No.: 3:20-cv-00889-CRB<br><br>**STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL OF ACTION WITH PREJUDICE IN VIEW OF SETTLEMENT**<br><br>HON. CHARLES R. BREYER<br>United States District Judge |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel that, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure and the full and final settlement of the case, in view of receipt of the settlement proceeds by Plaintiff from Defendant City and County of San Francisco, the above-captioned action is dismissed with prejudice, each party to bear its own costs and fees.

**IT IS SO STIPULATED.**

//

Respectfully Submitted,

Dated: December 14, 2022         LAW OFFICE OF SANJAY S. SCHMIDT
                                 -and-
                                 LAW OFFICES OF PANOS LAGOS


                                  /s/ *Sanjay S. Schmidt*
                                 By: SANJAY S. SCHMIDT
                                 Attorneys for the Plaintiff


Dated: December 14, 2022         DENNIS HERRERA, City Attorney


                                  /s/ *Kaitlyn Murphy**
                                 BY: KAITLYN MURPHY
                                 Attorneys for Defendants


                                 * Pursuant to Civil Local Rule 5.1(i), the filer of this document hereby attests that concurrence in the filing of these document(s) has been obtained from each of its signatories.


### [PROPOSED] ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

Dated: December 16, 2022

                                 HONORABLE CHARLES R. BREYER
                                 United States District Court Judge